UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| KIMBERLY ARNOLD, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CLERK'S LIST OF WITNESSES AND EXHIBITS |
| | ) | |
| v. | ) | Case No. 3:10-CV-1025-AC |
| | ) | |
| PFIZER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Judge: United States Magistrate Judge John V. Acosta

Counsel for Plaintiff: Daniel Snyder, Cindi Gaddis

Counsel for Defendant: Michael Hood, Samantha Hoffman, Nicole Shaffer

Courtroom Deputy: Paul Gale

Court Reporter: Jill Erwin

Dates of Trial: 6/3/, 6/4/, 6/5/, 6/6/, 6/9/, 6/10/, 6/11, 6/12, 6/13

| EXH # | Plf | Dft | Ct. Act | EXHIBIT DESCRIPTION | WITNESS | BY |
|---|---|---|---|---|---|---|
| | | | | Jury Trial Begins -- 6/3/14 -- 9:00 a.m. | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | Voir Dire Begins |  |  |
|  |  |  |  | Break -- 10:35 a.m. |  |  |
|  |  |  |  | Return -- 10:48 a.m. |  |  |
|  |  |  |  | Voir Dire Continued |  |  |
|  |  |  |  | Jury Impaneled |  |  |
|  |  |  |  | Break -- 11:55 a.m. |  |  |
|  |  |  |  | Return -- 1:15 p.m. |  |  |
|  |  |  |  | Opening Statements by Counsel |  |  |
|  |  |  |  | PLAINTIFF'S CASE BEGINS |  |  |
|  |  |  |  | Direct by Daniel Snyder | Mark Johnson | pla |
| 160 | x |  | x | Starter Activity Forms of Nooshin Rahimi |  |  |
| 53 | x |  | x | PHR Field Coaching Guide - Arnold / Johnson |  |  |
| 93 | x |  | x | 2008 Annual Review of Ms Arnold by Johnson |  |  |
|  |  |  |  | Cross-Examination by Michael Hood |  |  |
|  |  |  |  | Redirect by Daniel Snyder |  |  |
|  |  |  |  | Break -- 3:12 p.m. |  |  |
|  |  |  |  | Return -- 3:30 p.m. |  |  |
|  |  |  |  | Direct by Daniel Snyder | Kimberly Arnold | pla |
| 77 | x |  | x | Career Ladder -- Status of Kimberly Arnold |  |  |
| 78 | x |  | x | Career Ladder -- Employment history of Ms. Arnold |  |  |
| 151 | x |  | x | Kimberly Arnold's last Pfizer paycheck12 |  |  |
| 12 | x |  | x | 3/9/05 - Performance Review of Ms. Arnold |  |  |
| 28 | x |  | x | 7/13/06 - Mid-Year 2006 Performance Review |  |  |
| 29 | x |  | x | 12/15/06 - Performance Review of Ms. Arnold |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | x | | x | 6/27/07 - Mid-Year 2007 Performance Review for Ms. Arnold | | |
| 51 | x | | x | 1/7/08 - Email from Ms. Arnold to Mr. Johnson with Self Assessment re: 2007 Performance Review | | |
| 54 | x | | x | 1/29/08 - Year-End 2007 Performance Review of Ms. Arnold by District Mgr. Mark Johnson | | |
| 76 | x | | x | 6/13/08 - Mid-Year Performance Review of Ms. Arnold by Mr. Johnson | | |
| 11 | x | | x | 3/05 Acknowledgment of Kimberly Arnold - "top alliance team" performer | | |
| 16 | x | | x | Acknowledgement | | |
| 49 | x | | x | 1/08 Acknowledgment of Kimberly Arnold - as a 2007 top performer in her region for Lipitor | | |
| 1 | x | | x | 6/97 - Acknowledgment of Kimberly Arnold as a "quotabuster" for Diflucan | | |
| 2 | x | | x | 6/97 - Acknowledgment of Kimberly Arnold as a "quotabuster" for Trovan | | |
| 3 | x | | x | 9/97 - Acknowledgment of Kimberly Arnold as a top contender for a trip to Japan | | |
| 4 | x | | x | 9/97 - Acknowledgment of Kimberly Arnold as a "quotabuster" for Trovan | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | x | | x | 9/18/97 - Acknowledgment of Kimberly Arnold's convention award trip | | |
| 6 | x | | x | 12/97 - Acknowledgment of Kimberly Arnold's convention award trip | | |
| 7 | x | | x | 1/98 - Acknowledgment of Kimberly Arnold as a "quotabuster" for Aricept | | |
| 8 | x | | x | 4/3/04 - Kimberly Arnold's 2004 total compensation estimate | | |
| 9 | x | | x | 9/22/04 - Acknowledgment of Kimberly Arnold's work with Inspira | | |
| 152 | x | | x | 7/16/09 - Pfizer full award and training history of Kimberly Arnold | | |
| 85 | x | | x | 10/21/08 - Closure Notice - Ace American to Ms. Arnold re: 9% loss of whole person | | |
| 14 | x | | x | 12/21/05 - Dr. Grossenbacher Report | | |
| 15 | x | | x | 1/4/06 - Letter from Pfizer Medical Director, Dr. Chester to Ms. Arnold | | |
| 17 | x | | x | 3/1/06 - Letter - Pfizer Medical Director Dr. Agatha Nody to Ms. Arnold | | |
| 19 | x | | x | 3/10/06 - Healthsouth Functional Capacity Evaluation of Ms. Arnold | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | x | | x | 3/16/06 - IME of Ms. Arnold by Dr Thomas Anderson | | |
| 23 | x | | x | 4/16/06 and 4/17/06 Emails between Ms. Arnold, Ms. Crane and Mr. Bringhurst | | |
| 24 | x | | x | 4/17/06 - Email - Ms. Arnold, Dr. Nody and R.N. Ms. Mark | | |
| 25 | x | | x | 4/17/06 - 7/4/17 Emails between Ms. Arnold, Ms. Crane, Ms. Jennings and Mr. Powell | | |
| 26 | x | | x | 4/26/06 - Initial Determination Form for Ms. Arnold by Dr. Grossenbacher | | |
| 31 | x | | x | 2/27/07 - Email - Ms. Arnold and Dr. Nody | | |
| 35 | x | | x | 5/4/07 - Letter from Dr. Nody to Ms. Arnold re: Fitness for Duty/Functional Capacity | | |
| 38 | x | | x | 5/29/07 - Letter from Regional Human Resources Mgr, Ms. Jennings to Ms. Arnold | | |
| 34 | x | | x | 5/4/07 - Letter from ESIS to Ms. Arnold | | |
| 39 | x | | x | 6/4/07 - 6/6/07 - Emails between Ms. Arnold Ms. Jennigs and Ms. Crane re: Reassignment | | |
| 42 | x | | x | 6/18/07 - Report of Dr. Grossenbacher to Ms. Arnold re: Release to Return to Work | | |
| 43 | x | | x | 6/18/14 - Pfizer Initial Determination Form re: Ms. Arnold | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | x | | x | 6/12/07 - Fax - UNIVAL to Jenny Mark R.N. | | |
| 46 | x | | x | 6/24/07 - 6/25/07 - Emails between Ms. Arnold and Mr. Johnson re: Return to Work | | |
| 52 | x | | x | 1/25/08 - Ms. Arnold's Reasonable Accommodation Request Form | | |
| 55 | x | | x | 1/28/08 - 2/6/08 Emails - Mr. Johnson, Ms. Arnold, Ms. Mark R.N. and Pfizer Fleet | | |
| 56 | x | | x | 2/7/08 - Email Pfizer Disability to Ms. Arnold | | |
| | | | | **End of day (1) One - 6/3/14 - 5:10 p.m.** | | |
| | | | | **Start of day (2) Two - 6/4/14 - 9:00 a.m.** | | |
| | | | | Direct by Daniel Snyder | Sue Lewis, M.D. | pla |
| 143 | x | | x | 6/8/09 Fax Dr. Lewis to Dr. Nody re: Arnold's A.D.D. diagnosis | | |
| 63 | x | | x | 4/9/08 Emails Nody/Arnold re: medications and possibility of Short-Term Disability | | |
| 65 | x | | x | 4/9-10/08 Emails Nody/Arnold re: medications and driving | | |
| 66 | x | | x | 4/10-14/08 Emails Nody/Arnold re: medications and Short-Term Disability | | |
| 67 | x | | x | 4/14/08 Letter Dr. Chui re: Arnold's prescriptions and "return to work w/o driving restrictions" recommendation | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | x | | x | 4/17/08 Emails Nody/Arnold re: clearance to resume driving Pfizer vehicle | | |
| 70 | x | | x | 4/30/08 Email Nody/Arnold re: accommodation for "vehicle with low lift gate" | | |
| 79 | x | | x | 8/3/08 Email Arnold/Johnson re: cancellation of approved new vehicle | | |
| 80 | x | | x | 8/3-4/08 Emails Johnson/Levine/Powell/Arnold re: delay in supplying approved vehicle | | |
| 91 | x | | x | 12/08 Acknowledgment of Ms. Arnold as a top performer | | |
| 71 | x | | x | 4/30/08 Email Pfizer Disability to HR Director Powell - Arnold's "qualifying condition under ADA and approval for low lift gate vehicle" | | |
| | | | | Break 10:27 a.m. | | |
| | | | | Return 10:42 a.m. | | |
| 95 | x | | x | 2/2,4/09 Emails Small/Arnold/Others | | |
| 134 | x | | x | 5/27/09 Arnold's Notes re: 2/09 Work Schedule | | |
| | | | | BREAK in MS. ARNOLD'S TESTIMONY | | |
| | | | | Direct by Daniel Snyder | Allen L. Stark, M.D. | pla |
| | | | | Cross-Examination by Michael Hood | | |
| | | | | Break 12:00 p.m. | | |
| | | | | Return 1:00 p.m. | | |
| | | | | Continued Cross Examination by Mr. Hood | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | RE-CONTINUED Direct by Daniel Snyder | Kimberly Arnold | pla |
|  |  |  |  | BREAK in Direct of Ms. Arnold |  |  |
|  |  |  |  | Direct by Daniel Snyder | Michael Freeman, M.D. | pla |
|  |  |  |  | Cross-Examination by Michael Hood |  |  |
|  |  |  |  | Redirect by Daniel Snyder |  |  |
|  |  |  |  | RE-CONTINUED Direct by Daniel Snyder | Kimberly Arnold | pla |
| 119 | x |  | x | 4/21/09-5/12/09 Emails Small/Jennings/Herndon re: Batura' analysis of Arnold's Start Activity Forms |  |  |
| 117 | x |  | x | 5/10/09 Email Arnold/Rahimi re: missed appointment targets |  |  |
| 118 | x |  | x | 5/11/09 Emails Arnold/Small - Arnold's illness |  |  |
| 108 | x |  | x | 4/14-21/09 Emails Small/Jennings Lucherini re: starter report of Arnold for past 6 months |  |  |
| 227 |  | x | x | 4/21/09 Email Jennings/Small |  |  |
|  |  |  |  | Break 2:26 p.m. |  |  |
|  |  |  |  | Return 2:37 p.m. |  |  |
| 121 | x |  | x | 5/14/09 Emails Souza/Small re: Arnold's 2008 Fuel Receipts |  |  |
| 122 | x |  | x | 5/14/09 Email Small/Johnson re: Arnold's sick day tracker |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| 124 | x | | x | 5/14-15/09 Emails Small/Cope re: Arnold's February 2009 Training Schedule | | |
| 132 | x | | x | 5/26/09 Arnold's notes re: phone conversation with Ms. Small about next day meeting | | |
| 86 | x | | x | Arnold's October 2008 Daily Calendar | | |
| 87 | x | | x | Arnold's November 2008 Daily Calendar | | |
| 88 | x | | x | Arnold's 11/4/08 Starter Inventory re: Dr. Gray | | |
| 94 | x | | x | Arnold's 1/23/09 Starter Activity Form for Radhika Suryadevara, M.D. | | |
| 148 | x | | x | 6/17/09 Emails Small/Jennings re: voice message left by Arnold for Ms. Small | | |
| 72 | x | | x | 5/14/08 Pfizer Effect of Employment Termination on Benefits | | |
| | | | | Break 3:33 p.m. | | |
| | | | | Return 3:45 p.m. | | |
| 10 | x | | x | 1/16/05 Arnold's Pfizer Pension Estimate | | |
| 159 | x | | x | 4/22/14 - 2014 Pfizer/Fidelity Pension Estimate | | |
| 157A | x | | x | 9/12 Pfizer Notice of Pension Plan Changes and Pfizer retirement Annuity Plan Summary | | |
| | | | | Cross-Examination by Michael Hood | | |
| 226 | | x | x | 3/14/08 Note Ms. Arnold to Dr. Chui | | |
| 252 | | x | x | 4/9/08 fax from Ms. Arnold to Dr. Chui | | |
| 232 | | x | x | 4/10/08 fax from Ms. Arnold to Lauren | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 205 | | x | x | Ms. Arnold's Prescription Records | | |
| 204 | | x | x | 3/12/05 Letter Ms. Arnold to Pfizer H.R. | | |
| 209 | | x | x | Ms. Arnold's Notes | | |
| | | | | **End of day (2) Two - 6/4/14 - 5:10 p.m.** | | |
| | | | | **Start of day (3) Three - 6/5/14 - 9:00 a.m.** | | |
| | | | | Direct by Daniel Snyder | Andrew Chiu, M.D. | pla |
| | | | | Cross-Examination by Michael Hood | | |
| 248 | | x | x | 3/17/08 Letter from Dr. Nody to Dr. Chiu | | |
| 249 | | x | x | 4/10/08 Fax - Arnold to Dr. Chiu's Office | | |
| 247 | | x | x | 4/14/08 Dr. Chiu's letter to Pfizer | | |
| | | | | RE-CONTINUED Cross-Examination by Michael Hood | Kimberly Arnold | pla |
| 201 | | x | x | The Field Guide | | |
| 202 | | x | x | Compliance Manual | | |
| 267A | | x | x | Pfizer's White Guide | | |
| 207 | | x | x | OBLI, Civil Rights Division, Employment Discrimination Questionnaire | | |
| | | | | Break 10:40 a.m. | | |
| | | | | Return 10:55 a.m. | | |
| 107 | | x | x | 4/14/09 Emails Small/Arnold - Lipitor samples for Dr. Barbara Graham | | |
| 210 | | x | x | Fax cover sheet Arnold to Mark | | |
| 215 | | x | x | 4/17/08 Email Arnold/Nody | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 262 | | x | x | 6/2/09 Emails - Arnold Pfizer account to personal email account | | |
| 27 | x | | x | 5/1/06 Fax of 4/26/06 IME of Ms. Arnold by Dr. Grossenbacher | | |
| | | | | Re-Direct by Daniel Snyder | | |
| | | | | Break 11:52 a.m. | | |
| | | | | Return 1:05 p.m. | | |
| | | | | Direct by Daniel Snyder | Richard Ross | pla |
| | | | | Cross-Examination by Michael Hood | | |
| | | | | Redirect by Daniel Snyder | | |
| | | | | Direct by Daniel Snyder | Kristi Klick | pla |
| | | | | Break 2:12 p.m. | | |
| | | | | Return 2:30 p.m. | | |
| | | | | Cross-Examination by Samantha Hoffman | | |
| | | | | Direct by Daniel Snyder | Nooshin Rahimi | pla |
| | | | | Cross-Examination Samantha Hoffman | | |
| 234 | | x | x | 5/1/08 Email Johnson re: District Standards | | |
| 213 | | x | x | 4/24/09 Email chain re Ms. Arnold Starter Transactions | | |
| 230 | | x | x | 6/23/09 Email Arnold/Rahimi re: Sample Mistakes | | |
| | | | | Redirect by Daniel Snyder | | |
| | | | | Direct by Daniel Snyder | William Arnold | pla |
| | | | | Break 3:55 p.m. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Return 4:06 p.m. | | |
| | | | | Cross-Examination by Samantha Hoffman | | |
| | | | | Redirect by Daniel Snyder | | |
| | | | | Plaintiff Rests | | |
| | | | | **End of day (3) Three - 6/5/14 - 5:23 p.m.** | | |
| | | | | **Begin day (4) Four - 6/6/14 - 9:00 a.m.** | | |
| | | | | Defendant's Case Begins | | |
| | | | | Direct by Michael Hood | Darcy Small | def |
| 233 | | x | x | 3/18/09 Email re: Dr. Graham | | |
| | | | | Break 10:25 a.m. | | |
| | | | | Return 10:40 a.m. | | |
| | | | | Continued Direct by Michael Hood | | |
| 263 | | x | x | Analysis of Arnold's Starter Activity | | |
| 218 | | x | x | Ms. Small's notes - 5/27/09 meeting with Ms. Arnold and SAFs | | |
| 123 | x | | x | 5/14/09 Out of Territory Summary for Ms. Arnold, 1/2/08 through 5/14/09 | | |
| 243 | | x | x | 4/21/09 Email Johnson/Small re: Arnold Vacation Calendar | | |
| 244 | | x | x | 4/21/09 Email Johnson/Small re: Arnold Absences | | |
| 245 | | x | x | 5/14/09 Email Johnson/Small re: Arnold Sick Day Tracker | | |
| | | | | Break 11:57 a.m. | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | Return 1:15 p.m. |  |  |
|  |  |  |  | Continued Direct by Michael Hood |  |  |
| 222 |  | x | x | Compilation of 5/27/09 Meeting Notes |  |  |
|  |  |  |  | Cross-Examination by Daniel Snyder |  |  |
| 115 | x |  | x | 4/27/09 Email Small/Arnold/Rahimi re: lack of Lipitor Samples |  |  |
| 104 | x |  | x | 3/18,19/09 Emails Newell/Small/Arnold and Rahimi re: Dr. Graham's need of Lipitor samples |  |  |
| 98 | x |  | x | 2/5/09-4/10/09 Starter Activity Review of Arnold entries for Dr. Graham and PA Shenker |  |  |
| 101 | x |  | x | 2/18/09 Emails Jennings/Small/Wickwire and Lucherini re: Arnold's absences |  |  |
| 128 | x |  | x | 5/19/09 Email Johnson/Small containing Arnold's 2008 absence record |  |  |
| 99 | x |  | x | 2/8/09 Email Arnold/Small with Ms. Arnold's Personal Profile attached |  |  |
| 100 | x |  | x | 2/13-17/09 Emails Arnold/Small re: Beaverton territory 90 Day Plan |  |  |
| 111 | x |  | x | 4/14-21/09 Emails Arnold/Johnson /Small Jennings/Batura re: Arnold Starter Forms |  |  |
|  |  |  |  | Break 2:40 p.m. |  |  |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | Return 2:53 p.m. |  |  |
|  |  |  |  | Continued Cross-Examination by Mr. Snyder |  |  |
| 83 | x |  | x | 9/28/08 Coaching Guide for Ms. Arnold by District Manager Mark Johnson |  |  |
|  |  |  |  | Redirect by Michael Hood |  |  |
| 219 |  | x | x | 4/17/09 Email Ms. Small to Ms. Jennings |  |  |
|  |  |  |  | Break 3:55 p.m. |  |  |
|  |  |  |  | Return 4:05 p.m. |  |  |
|  |  |  |  | Video - Perpetuation Deposition | Lonnie Lucherini | def |
|  |  |  |  | **End of day (4) Four - 6/6/14 - 4:53 p.m.** |  |  |
|  |  |  |  | **Begin day (5) Five - 6/9/14 - 9:00 a.m.** |  |  |
|  |  |  |  | Direct by Michael Hood | Dr. Robert J. Gross, M.D., P.C. |  |
|  |  |  |  | Cross-Examination by Daniel Snyder |  |  |
|  |  |  |  | Redirect by Michael Hood |  |  |
|  |  |  |  | Continued Video - Perpetuation Deposition | Lonnie Lucherini | def |
| 220 |  | x | x | Mr. Lucherini's notes from 5/27/09 meeting |  |  |
| 237 |  | x | x | 6/2/09 Email Ms. Jennings re: Approval for termination of Ms. Arnold |  |  |
|  |  |  |  | Break 10:40 a.m. |  |  |
|  |  |  |  | Return 10:55 p.m. |  |  |
|  |  |  |  | Continued Video - Perpetuation Deposition |  |  |
|  |  |  |  | Direct by Michael Hood | James C. Batura | def |
|  |  |  |  | Break 11:58 a.m. |  |  |
|  |  |  |  | Return 1:15 p.m. |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Continued Direct by Michael Hood | | |
| 223 | | x | x | Pfizer's SOP: Procedure 010: Physical Inventory and Reconciliation | | |
| 224 | | x | x | Pfizer's SOP: Procedure 011: Investigations and Notification of the FDA | | |
| 225 | | x | x | Pfizer's SOP: Procedure 013: Conducting and Reviewing Audits | | |
| 74 | x | | x | 6/5/08 Starter Inventory of Kimberly Arnold | | |
| 239 | | x | x | 4/21/09 Email - Batura to Jennings re: Starter Transactions | | |
| 264 | | x | x | Kimberly Arnold's exceptions | | |
| 265 | | x | x | Jim Batura's letter to the FDA | | |
| 270 | | x | x | Starter Activity Assessment of Nooshin Rahimi | | |
| | | | | Break 2:42 p.m. | | |
| | | | | Return 2:57 p.m. | | |
| | | | | Continued Direct by Michael Hood | | |
| | | | | Cross-Examination by Daniel Snyder | | |
| 228 | | x | x | 5/1/09 Email - Mr. Batura to Ms. Jennings | | |
| | | | | Redirect by Michael Hood | | |
| | | | | Direct by Michael Hood | Stan Owings | def |
| | | | | Cross-Examination by Daniel Snyder | | |
| | | | | **End of day (5) Five - 6/9/14 - 5:03 p.m.** | | |
| | | | | **Begin day (6) Six - 6/10/14 - 9:13 a.m.** | | |
| | | | | Continued Cross-Examination by Mr. Snyder | | |
| | | | | Redirect by Michael Hood | | |
| | | | | Direct by Michael Hood | Julie Jennings | def |
| 206 | | x | x | Corporate Policy #303, Equal Opportunity | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 40A | x | | x | 6/4/07 Emails - Powell/Jennings re Arnold's 6/4/07 email re: her job (re)assignment | | |
| 212 | | x | x | 2/18/09 Email Jennings/Lucherini | | |
| | | | | Break 10:45 p.m. Return 11:00 a.m. | | |
| | | | | Continued Direct by Michael Hood | | |
| 240 | | x | x | Kimberly Arnold Learning Activities | | |
| | | | | Break 11:55 a.m. Return 1:08 p.m. | | |
| | | | | Continued Direct by Michael Hood | | |
| 135 | x | | x | 5/27 - 6/01/09 Emails Jennings/Small/Lucherini and Wickwire re: 5/27/09 Arnold meeting | | |
| | | | | Cross-Examination by Daniel Snyder | | |
| 163 | x | | x | 5/21/09 Letter Batura to Dr. Pataroque re: Samples and Signatures | | |
| 164 | x | | x | 5/21/09 Letter Batura to Dr. Clarke re: Samples and Signature | | |
| 114 | x | | x | 4/26/09 Email Arnold to Rahimi stating out of Lipitor Samples | | |
| 149A | x | | x | 6/18/09 Emails Jennings/Batura re: Arnold Starter Activity Forms - No forged signatures | | |
| 156 | x | | x | 1/30/12 Exhibit B of Jennings' Declaration | | |
| 105 | x | | x | 4/2/09, 4/13/09 Letters Jennings to Buchanan | | |
| | | | | Break 2:59 p.m. Return 3:11 p.m. | | |
| | | | | Continued Cross-Examination by Mr. Snyder | | |
| 261 | | x | x | Analysis of Comparators Activity | | |
| | | | | Redirect by Michael Hood | | |

|  |  |  |  | Direct by Samantha Hoffman | Dr. Agatha Nody |  |
|---|---|---|---|---|---|---|
| 18 | x |  | x | 3/9/06 letter from UNIVAL to Case Manager Jenny Mark, R.N. re: IME of Kimberly Arnold |  |  |
| 241 |  | x | x | Fax Ms. Arnold to Dr. Nody and Jenny Mark |  |  |
| 59 | x |  | x | 3/14-3/17/08 Email Nody/Arnold and 3/17/08 Letter of Dr Nody to Dr. Chiu |  |  |
| 214 |  | x | x | 4/7/08 email Arnold/Dr. Nody |  |  |
| 64 | x |  | x | 4/9/08 Email Arnold/Johnson re: medication |  |  |
| 208 |  | x | x | 4/10/08 Email Arnold/Dr. Nody |  |  |
|  |  |  |  | Break 4:42 p.m.<br>Return 4:47 p.m. |  |  |
|  |  |  |  | Continued Direct by Samantha Hoffman |  |  |
|  |  |  |  | Cross-Examination by Danile Snyder |  |  |
| 33 | x |  | x | 4/30/07 Pfizer Employee Return to Work Status form, signed by Steven Anderson, M.D. |  |  |
| 48 | x |  | x | 7/12/07 Letter - Esis to Arnold, Release to Work/Reinstatement of Rights Notice |  |  |
|  |  |  |  |  |  |  |
| 61 | x |  | x | 4/1-7/08 Email Arnold/Nody re: Arnold's use of Ultram |  |  |
|  |  |  |  | Redirect by Samantha Hoffman |  |  |
|  |  |  |  | **End of day (6) Six - 6/10/14 - 5:10 p.m.** |  |  |
|  |  |  |  | **Begin day (7) Seven - 6/11/14 - 8:15 a.m.** (attorneys - court - jury instructions) Trial resumes - 9:00 a.m. |  |  |
|  |  |  |  | Counsel/Court - Jury Instructions |  |  |
|  |  |  |  | Direct by Samantha Hoffman | Cheryl James (ph) | def |
|  |  |  |  | Cross-Examination by Daniel Snyder |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Redirect by Samantha Hoffman | | |
| | | | | Direct by Samantha Hoffman | Seneen Rudkin-Manning | def |
| | | | | Cross-Examination by Daniel Snyder | | |
| | | | | Redirect by Samantha Hoffman | | |
| | | | | Break 10:48 a.m.<br>Return 11:05 a.m. | | |
| | | | | Direct by Samantha Hoffman | Lourdes Delgado-Cheers | def |
| 266A | | x | x | Pfizer's 2008 Fleet Safety Policy | | |
| 260 | | x | x | Plaintiff's acknowledgment of Pfizer's Fleet Safety Policy | | |
| 246 | | x | x | Emails - Fleet Safety Group re: decision to terminate Ms. Arnold and documents reviewed | | |
| | | | | Break 12:00 p.m.<br>Return 1:06 p.m. | | |
| | | | | Continued Direct by Samantha Hoffman | | |
| 200A | | x | x | Pfizer's 2009 Fleet Safety Policy | | |
| | | | | Cross-Examination by Daniel Snyder | | |
| | | | | Redirect by Samantha Hoffman | | |
| | | | | Break 2:08 p.m.<br>Return 2:20 p.m. | | |
| | | | | Direct by Michael Hood | Dr. Marc Cohen | def |
| | | | | Cross-Examination by Daniel Snyder | | |
| 153 | x | | x | 10/25/11 Medical Examination of Ms. Arnold by Ronald Turco, M.D. | | |
| | | | | Redirect by Michael Hood | | |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   |   |   | Break 4:35 p.m.<br>Return 4:40 p.m. |   |   |
|   |   |   |   | Direct by Michael Hood | Stephen Haynes | def |
|   |   |   |   | **End of day (7) Seven - 6/11/14 - 5:01 p.m.**<br>(attorneys/court - jury instructions - 5:30 p.m.) |   |   |
|   |   |   |   | **Begin day (8) Eight - 6/12/14 - 8:00 a.m.**<br>(attorneys/court - jury instructions) Trial resumes 9:20 a.m. |   |   |
|   |   |   |   | Continued Direct by Michael Hood |   |   |
|   |   |   |   | Cross-Examination by Daniel Snyder |   |   |
|   |   |   |   | Redirect by Michael Hood |   |   |
|   |   |   |   | Defendant Rests |   |   |
|   |   |   |   | Break 10:32 a.m.<br>Return 10:38 a.m. |   |   |
|   |   |   |   | Plaintiff's Rebuttal by Daniel Snyder | Kimberly Arnold | pla |
| 136 | x |   | x | 5/31/09- 6/1/09 Emails Arnold/Small/Lucherini re: Arnold's 2008 vacation/sick day tracker |   |   |
| 161 | x |   | x | Undated photo of Arnold/Lucherini |   |   |
|   |   |   |   | Cross-Examination by Michael Hood |   |   |
|   |   |   |   | Redirect by Daniel Snyder |   |   |
|   |   |   |   | Break 12:57 a.m.<br>Return 1:30 p.m. |   |   |
|   |   |   |   | Jury Instructions read to the Jury |   |   |
|   |   |   |   | Closing argument given by counsel for the parties |   |   |
|   |   |   |   | Bailiff sworn. Jury Begins Deliberations. |   |   |
|   |   |   |   | **End of day (8) Eight - 6/12/14 - 5:02 p.m.** |   |   |

|  |  |  |  | **Begin day (9) Nine - 6/13/14 - 9:00 a.m.** |  |  |
|--|--|--|--|--|--|--|
|  |  |  |  | Continued deliberations of Jury |  |  |
|  |  |  |  | Jury Verdict Returned in favor of Plaintiff |  |  |
|  |  |  |  | Jury Polled. Jury Discharged |  |  |
|  |  |  |  | **End of day (9) Nine - 6/13/14 - 3:37 p.m.** |  |  |