**Daniel Snyder, OSB No. 783856**
Dansnyder@lawofficeofdanielsnyder.com
**Carl Post, OSB No. 061058**
carlpost@lawofficeofdanielsnyder.com
**John Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

    Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KIMBERLY ARNOLD,** | Case No. 3:10-CV-1025  AC |
| Plaintiff, | **DECLARATION OF CARL POST IN SUPPORT OF PLAINTIFF'S BILL OF COSTS** |
| v. | |
| **PFIZER INC.,** | |
| Defendant. | |

I, CARL POST, declare the following is true to the best of my knowledge:

1.    I am one of Plaintiff's attorneys in the above captioned lawsuit.

2.    I make this declaration in Support of Plaintiff's Bill of Costs.

3.    I have personally reviewed the itemized costs listed on Defendants' Bill of Costs, and verify that each item is correct and was necessarily incurred in this case.

Page 1 - DECLARATION OF CARL POST IN SUPPORT OF PLAINTIFF'S BILL OF COSTS

4.      Attached as Exhibit A is a true copy of the United States District Court's Notice of Electronic Filing verifying receipt of the $350.00 filing fee in this case.

5.      Attached as Exhibit B, is a detailed itemization with corresponding invoices where available, of the fees for transcripts necessarily obtained for use in the case, listed in Plaintiff's Bill of Costs. Additional invoice can be obtained if necessary.

6.      Attached as Exhibit C, are the invoices for the fees for service of summons and subpoena.

7.      Witness fees for depositions and trial are as follows:

| Witness Name | Description | Amount |
|---|---|---|
| Marc Cohen, M.D. | Deposition testimony | $1,860.00 |
| Michael Freeman, Ph.D. | Deposition testimony | $1,400.00 |
| Michael Freeman, Ph.D. | Subpoena witness fee | $30.00 |
| Stephen Haynes | Deposition testimony | $829.50 |
| Stan Owings | Deposition testimony | $500.00 |
| Sue Lewis, M.D. | Witness fee | $53.20 |
| Allen Stark, M.D. | Witness fee | $49.35 |
| Olga Buchanan | Witness fee | $252.41 |
| Mark Ryan Johnson | Trial subpoena fee | $56.00 |
| Andrew Chiu, M.D. | Trial subpoena fee | $51.11 |
| Andrew Chiu, M.D. | Trial testimony fee | $1,000.00 |
| Nooshin Rahimi | Trial subpoena fee | $54.30 |
| Ronald Turco, M.D. | Trial subpoena fee | $42.43 |
| ESIS, Inc. | Subpoena fee | $40.00 |
| Pacific Coast Evaluations | Testimony fee | $3,218.50 |
| | **TOTAL:** | **$9,436.80** |

Dated: April 1, 2015.

/s/ Carl Post
Carl Post, OSB 061058
carlpost@lawofficeofdanielsnyder.com
Of Attorneys for Plaintiff

Page 2 - DECLARATION OF CARL POST IN SUPPORT OF PLAINTIFF'S BILL OF COSTS

## Carl Post

| | |
|---|---|
| **From:** | info@ord.uscourts.gov |
| **Sent:** | Tuesday, August 31, 2010 5:04 PM |
| **To:** | nobody@ord.uscourts.gov |
| **Subject:** | Activity in Case 3:10-cv-01025-AC Arnold v. Pfizer, Inc. Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 8/31/2010 at 5:04 PM PDT and filed on 8/31/2010

**Case Name:**       Arnold v. Pfizer, Inc.
**Case Number:**     3:10-cv-01025-AC
**Filer:**           Kimberley Arnold
**Document Number:** 1

**Docket Text:**
**Complaint. Filing Fee in amount of $350 collected. Receipt No. 35571. Jury Trial Requested: Yes.Filed by Kimberley Arnold against Pfizer, Inc.. (Attachments: # (1) Civil Cover Sheet) (eo)**

**3:10-cv-01025-AC Notice has been electronically mailed to:**

Carl Lee Post    carlpost@carlpostlaw.com

Daniel J. Snyder    dansnyder@lawofficeofdanielsnyder.com, carlpost@lawofficeofdanielsnyder.com, doraconcho@lawofficeofdanielsnyder.com, erinmccool@lawofficeofdanielsnyder.com

Erin C. McCool    erinmccool@qwestoffice.net

**3:10-cv-01025-AC Notice will <u>not</u> be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Not Available

| Date | Payee | Description | Amount |
|---|---|---|---|
| 5/23/2011 | Teach Reporting | Court Reporting | $357.50 |
| 5/23/2011 | Teach Reporting | Court Reporting | $459.25 |
| 6/16/2011 | Amanda LeGore | Arnold Rule 16 Transcript | $167.90 |
| 6/17/2011 | Teach Reporting, Inc. | Inv. No. 35899--Darcy Small | $1,926.50 |
| 6/17/2011 | Teach Reporting, Inc. | Inv. No. 35907--Julie Jennings | $2,344.95 |
| 6/22/2011 | Teach Reporting, Inc. | Inv. No. 35924--Lonnie Lucherini | $547.15 |
| 6/22/2011 | Teach Reporting, Inc. | Inv. No. 35931--James Batura | $628.30 |
| 10/24/2011 | Esquire Solutions | Arnold Depo | $2,445.41 |
| 11/8/2011 | Aufdermauer Pearce Court Reportin | Court Reporting | $503.00 |
| 12/19/2011 | Iba Symonds & Dunn | Court Reporting | $117.00 |
| 1/25/2012 | Aufdermauer Pearce Court Reportin | Court Reporting - Rahimi vol I and II | $652.50 |
| 1/25/2012 | Aufdermauer Pearce Court Reportin | Court Reporting - Rahimi vol III and Rudkin-Manning | $437.50 |
| 5/25/2012 | C & L Court Reporting | Freeman Transcript | $182.50 |
| 11/11/2013 | Amanda LeGore | Hearing Transcript | $41.40 |
| 1/30/2014 | Aufdermauer Pearce Court Reportin | Invoice 7515 | $790.00 |
| 1/30/2014 | Jill Erwin | Court Reporting - Inv. 453 | $27.00 |
| 2/17/2014 | Esquire Solutions | Esquire - Chiu, Gross, and Lewis depos | $1,321.50 |
| 2/28/2014 | Aufdermauer Pearce Court Reportin | Inv. 7690 | $852.25 |
| 2/28/2014 | Esquire Deposition Solutions, LLC | Esq 58309 | $231.01 |
| 3/3/2014 | Merrill Corporation | Freeman transcript | $334.00 |
| 3/3/2014 | Merrill Corporation | Ross transcript Vol 2 | $413.90 |
| 3/3/2014 | Merrill Corporation | Ross transcript Vol 1 | $336.10 |
| 3/30/2014 | Esquire Deposition Solutions, LLC | Stark depo | $231.01 |
| 5/29/2014 | Jill Erwin | Court Reporting - Inv. 512 - Pretrial hearing | $72.00 |
| 6/4/2014 | Merrill Corporation | Inv 17189945 | $508.50 |
| 8/18/2014 | Jill L. Erwin | trial transcript | $1,967.40 |
| | | | $17,895.53 |

# teach reporting

EXCELLENCE IN COURT REPORTING

ERIN McCOOL                                          May 28, 2011
DANIEL SNYDER
LAW OFFICES OF DANIEL SNYDER                         Invoice# 35899
SUITE 2400
1000 SW BROADWAY                                     Balance:  $1,926.50
PORTLAND, OR  97205

     Caption: ARNOLD VS. PFIZER
              NO. CV-10-1025-AC
   Scheduled: 05/10/11    Billed: 05/28/11
    Reporter: TEACH REPORTING

               I n v o i c i n g   I n f o r m a t i o n

Charge Description

APPEARANCE FEE FOR THE DEPOSITION TAKEN OF
DARCY SMALL, 8.0 HOURS @ $65.00 PER HOUR
1.0 HOURS AFTER HOURS @ $85.00 PER HOUR
ORIGINAL TRANSCRIPT, INCLUDING WORD INDEX,
325 PAGES @ $3.85 PER PAGE
PHOTOCOPIES OF THE EXHIBITS $47.30
ELECTRONIC VERSION $10.00
DELIVERY/HANDLING/ARCHIVING $12.95

1.50% per month on unpaid balance

          P l e a s e   R e m i t   - - - >   Total Due:  $1,926.50

                         TEACH REPORTING
            THIS INVOICE IS DUE AND PAYABLE UPON RECEIPT.
                      IRS ID#  93-1310910

1500 SW First Avenue, Suite 985 • Portland, OR 97201 • (503) 248-1003 • (800) 230-3··· · · ···· ··· ···· · ···· · · ··ting.com

teach reporting, inc.

Post Decl.
Ex. B
Page 2 of 20

# teach reporting

EXCELLENCE IN COURT REPORTING

May 28, 2011

DANIEL SNYDER
LAW OFFICES OF DANIEL SNYDER
SUITE 2400
1000 SW BROADWAY
PORTLAND, OR  97205

Invoice# 35907

Balance:  $2,344.95

Caption: ARNOLD VS. PFIZER
         NO. CV-10-1025-AC
Scheduled: 05/03/11    Billed: 05/28/11
Reporter: JAN HARRIE, RPR-CSR

                I n v o i c i n g   I n f o r m a t i o n

Charge Description

APPEARANCE FEE FOR THE DEPOSITION TAKEN OF
JULIE K. JENNINGS, 7.5 HOURS @ $65.00 PER HOUR
1.0 HOURS AFTER HOURS @ $75.00 PER HOUR
ROUGH DRAFT, 312 PAGES @ $1.25 PER PAGE
ORIGINAL TRANSCRIPT, INCLUDING WORD INDEX,
347 PAGES @ $3.85 PER PAGE
PHOTOCOPIES + PDF OF THE EXHIBITS $29.70
ELECTRONIC VERSION $10.00
DELIVERY/HANDLING/ARCHIVING $12.95

1.50% per month on unpaid balance

        P l e a s e   R e m i t   - - - >   Total Due:  $2,344.95

                    TEACH REPORTING
        THIS INVOICE IS DUE AND PAYABLE UPON RECEIPT.
                 IRS ID#  93-1310910

Post Decl.
Page 3 of 20

1500 SW First Avenue, Suite 985 • Portland, OR 97201 • (503) 248-1003 • (800) 230-3302 • Fax (503) 226-6806 • Email depos@teachreporting.com
teach reporting, inc.

# ESQUIRE
*an Alexander Gallo Company*

# STATEMENT

**Remit To:**
Esquire Deposition Services, LLC
PO Box 934157,
Atlanta GA 31193-4157

**LAW OFFICES OF DANIEL SNYDER**
SUITE 2400
1000 SW BROADWAY
PORTLAND, OR 97205

| ACCOUNT NUM | DATE |
|---|---|
| 042795 | 09/30/2011 |

| CURRENT | 31-60 DAYS | 61-90 DAYS |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

| 91-120 DAYS | 121+ DAYS | TOTAL DUE |
|---|---|---|
| $ 0.00 | $ 2,445.41 | $ 2,445.41 |

Questions? Please contact Accounts Receivable; Phone: (877) 894-4198, Fax: (866) 590-3205

| JOB DATE | DEPONENT | CLAIM NUM | ATTORNEY | CASE CAPTION | INV NUM | INV DATE | INV AMT | PMT RCVD | PMT RECEIVED FROM | INV BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/20/2011 | ARNOLD, KIMBERLY | 54333/168271 | SNYDER, DANIEL ES | ARNOLD, KIMBERLY vs. PFIZER IN | CSD268951 | 05/24/2011 | $ 599.20 | $0.00 | | $ 599.20 |
| 04/21/2011 | ARNOLD, KIMBERLY | 54333 | SNYDER, DANIEL ES | ARNOLD, KIMBERLY vs. PFIZER IN | CSD268960 | 05/24/2011 | $ 955.76 | $0.00 | | $ 955.76 |
| 05/02/2011 | ARNOLD, KIMBERLY | 54333 | SNYDER, DANIEL ES | ARNOLD, KIMBERLY vs. PFIZER IN | CSD269180 | 05/25/2011 | $ 890.45 | $0.00 | | $ 890.45 |

**TOTAL BALANCE DUE  $ 2,445.41**

Aufdermauer Pearce Court Reporting, Inc.
P.O. Box 8484
Portland, OR 97207-8484

# Invoice

| Invoice No. | Date | Case Number |
|---|---|---|
| 3178 | 11/4/2011 | CV 10-1025 AC |

| Job Date | Reporter |
|---|---|
| 10/26/2011 | NM |

| Case Name |
|---|
| Arnold vs. Pfizer Inc. |

| Terms |
|---|
| Net 30 |

A finance charge of 1-1/2% per month will be added to past
due accounts.

Bill To:  Law Offices of Daniel Snyder
Daniel Snyder
1000 SW Broadway, Ste. 2400
Portland, OR 97205

Phone:  503-545-7365
Fax:  503-645-1634
Tax ID No. :  20-4918657

|  | | Amount |
|---|---|---|
| Appearance Fee - Mark R. Johnson | 2.5 hours | 137.50 |
| Original Transcript - Mark R. Johnson | 93 pages | 348.75 |
| Hard Copy of Exhibits | 27 pages | 6.75 |
| Delivery | 1 | 10.00 |

We appreciate your business!

**Total**          **$503.00**

Remit to:
Aufdermauer Pearce Court Reporting, Inc.
P.O. Box 8484
Portland, Oregon 97207-8484

Visa, MasterCard, and
Discovery Card now accepted

# Invoice

**IBA, SYMONDS & DUNN**
FEDERAL ID NO. 93-1083854
10260 SW GREENBURG RD  STE 400
PORTLAND, OR 97223
(503) 224-4438

| DATE | INVOICE # |
|------|-----------|
| 12/13/2011 | 26220 |

**BILL TO:**

DANIEL SNYDER
ATTORNEY AT LAW
1000 SW BROADWAY
SUITE 2400
PORTLAND, OR  97204

| DESCRIPTION | AMOUNT |
|-------------|--------|
| ARNOLD vs PFIZER | |
| CASE NO. CV 10-1025 AC | |
| | |
| OCTOBER 26, 2011 | |
| DEPOSITION OF WILLIAM ARNOLD | |
| | |
| TRANSCRIPT COPY AND ALL-WORD INDEX-$1.75 PER PAGE | 106.75 |
| | |
| PHOTOCOPIES OF EXHIBITS-$.25 PER PAGE | 4.25 |
| | |
| POSTAGE AND HANDLING | 6.00 |

Thank you for your business!
Due on receipt.        DS

**TOTAL**          $117.00

Post Decl.
Ex. B
Page 6 of 20

97768 (6/10)

Aufdermauer Pearce Court Reporting, Inc.
P.O. Box 8484
Portland, OR 97207-8484

# Invoice

| Invoice No. | Date | Case Number |
|---|---|---|
| 3368 | 1/4/2012 | 10-CV-1025-AC |

| Job Date | Reporter |
|---|---|
| 12/28/2011 | TAP |

| Case Name |
|---|
| Arnold vs. Pfizer |

| Terms |
|---|
| Net 30 |

| A finance charge of 1-1/2% per month will be added to past due accounts. |
|---|

Bill To:   Law Offices of Daniel Snyder
Daniel Snyder
1000 SW Broadway, Ste. 2400
Portland, OR 97205

Phone:  503-545-7365
Fax: 503-645-1634
Tax ID No. :   20-4918657

| | | Amount |
|---|---|---|
| Appearance Fee - Nooshin Rahimi Vol. I | 2 hours | 110.00 |
| Appearance Fee - Nooshin Rahimi Vol. II | Appearance Fee | 110.00 |
| Original Transcript - Nooshin Rahimi Vol. I | 93 pages | 348.75 |
| Original Transcript - Nooshin Rahimi Vol. II | 17 pages | 63.75 |
| Delivery | 2 | 20.00 |

**We appreciate your business!**

| **Total** | **$652.50** |
|---|---|

| Visa, MasterCard, and Discovery Card now accepted |
|---|

Remit to:
Aufdermauer Pearce Court Reporting, Inc.
P.O. Box 8484
Portland, Oregon 97207-8484

Aufdermauer Pearce Court Reporting, Inc.
P.O. Box 8484
Portland, OR 97207-8484

# Invoice

| Invoice No. | Date | Case Number |
|---|---|---|
| 3482 | 1/25/2012 | 10-CV-1025-AC |

| Job Date | Reporter |
|---|---|
| 1/19/2012 | NM |

| Case Name |
|---|
| Arnold vs. Pfizer |

| Terms |
|---|
| Net 30 |

A finance charge of 1-1/2% per month will be added to past due accounts.

Bill To:  Law Offices of Daniel Snyder
Daniel Snyder
1000 SW Broadway, Ste. 2400
Portland, OR 97205

Phone:  503-545-7365
Fax:  503-645-1634

Tax ID No. :  20-4918657

| | Amount |
|---|---|
| Appearance Fee - Nooshin Rahimi Vol. III | 2 hours | 110.00 |
| Appearance Fee - Seaneen P. Rudkin-Manning | 1.5 hours | 82.50 |
| Copy of Transcript - Nooshin Rahimi Vol. III | 56 pages | 98.00 |
| Copy of Transcript - Seaneen P. Rudkin-Manning | 76 pages | 133.00 |
| Hard Copy of Exhibits 131 to 143 | 16 pages | 4.00 |
| Delivery | 1 | 10.00 |

**We appreciate your business!**

| Total | **$437.50** |
|---|---|

Remit to:
Aufdermauer Pearce Court Reporting, Inc.
P.O. Box 8484
Portland, Oregon 97207-8484

Visa, MasterCard, and
Discovery Card now accepted

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

INVOICE NO:   20130596

### MAKE CHECKS PAYABLE TO:

Daniel Snyder
Daniel Snyder
1000 SW Broadway, Suite 2400
Portland, OR 97205

Phone:

Amanda LeGore, RDR, CRR
www.amandalegore.com
1000 S.W. Third Avenue
Suite 301
Portland, OR 97204

Phone:     (503) 326-8184

amandalegore@gmail.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 10-10-2013 | 10-10-2013 |

**Case Style:** 10-1025, ARNOLD v PFIZER, INC.,
7-5-2011

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 46 | 0.90 | 41.40 | | | | 41.40 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 41.40 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| | | | | | TOTAL DUE: | | | | | $41.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:            */s/ Amanda M. LeGore*                    DATE

*(All previous editions of this form are cancelled and should be destroyed)*

Aufdermauer Pearce Court Reporting, Inc.
P.O. Box 8484
Portland, OR 97207-8484

# Invoice

| Invoice No. | Date | Case Number |
|---|---|---|
| 7515 | 1/16/2014 | 10-CV-1025-AC |

| Job Date | Reporter |
|---|---|
| 1/6/2014 | LC |

| Case Name |
|---|
| Arnold vs. Pfizer |

| Terms |
|---|
| Net 30 |

A finance charge of 1-1/2% per month will be added to past due accounts.

Bill To:  Law Offices of Daniel Snyder
Daniel Snyder
1000 SW Broadway, Ste. 2400
Portland, OR 97205

Phone:  503-545-7365
Fax:  503-645-1634

Tax ID No. :   20-4918657

| | | Amount |
|---|---|---|
| Case Name: Kimberly Arnold vs. Pfizer, Inc. | | |
| | | |
| Appearance Fee - Stephen Haynes | 2.5 hours | 137.50 |
| Appearance Fee - Stan Owings | 2 hours | 110.00 |
| | | |
| Original Transcript - Stephen Haynes | 84 pages | 315.00 |
| Original Transcript - Stan Owings | 58 pages | 217.50 |
| Delivery | 1 | 10.00 |

**We appreciate your business!**

| **Total** | **$790.00** |
|---|---|

Remit to:
Aufdermauer Pearce Court Reporting, Inc.
P.O. Box 8484
Portland, Oregon 97207-8484

Visa, MasterCard, and
Discovery Card now accepted

Jill L. Erwin
Official Court Reporter
PO Box 8346
Portland, OR 97207



Date  1/21/2014

Invoice #   453

| Bill To |
|---|
Cindy Gaddis
Law Offices of Daniel Snyder
1000 SW Broadway
Suite 2400
Portland, OR 97205

| Description | Amount |
|---|---|
| Hearing Date:  11/5/13 - Motion Hearing<br>Judge:  John V. Acosta<br>Case Name:  Arnold v. Pfizer<br>Case No.  3:10-CV-1025-AC<br>Copy Format:  .pdf | 27.00 |

Please make checks payable to Jill L. Erwin.  Thank you!

*Jill L. Erwin*
jillofficialcourtreporter@gmail.com                    (503)326-8191

Balance Due          $27.00

# STATEMENT

ESQUIRE

| ACCOUNT NUM | DATE |
|---|---|
| 022746 | 01/31/2014 |

| CURRENT | 31-60 DAYS | 61-90 DAYS |
|---|---|---|
| $ 0.00 | $ 1,321.50 | $ 0.00 |

| 91-120 DAYS | 121+ DAYS | TOTAL DUE |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 1,321.50 |

Remit To:

LAW OFFICES OF DANIEL SNYDER
SUITE 2400
1000 SW BROADWAY
PORTLAND, OR 97205

Esquire Deposition Solutions, LLC
P. O. Box 846099,
Dallas TX 75284-6099

Questions?  Please contact Accounts Receivable;  Phone: (404) 443-7190, Fax: (856) 437-5009

| JOB DATE | DEPONENT | CLAIM NUM | ATTORNEY | CASE CAPTION | INV NUM | INV DATE | INV AMT | PMT RCVD | PMT RECEIVED FROM | INV BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/2013 | CHIU, ANDREW M.D. | PFT046011 | SNYDER, DANIEL ES | ARNOLD, KIMBERLY vs. PFIZER IN | ESQ39637 | 12/30/2013 | $ 452.85 | $0.00 | | $ 452.85 |
| 12/18/2013 | GROSS, ROBERT M.D. | PFT046011 | SNYDER, DANIEL ES | ARNOLD, KIMBERLY vs. PFIZER IN | ESQ39672 | 12/30/2013 | $ 435.35 | $0.00 | | $ 435.35 |
| 12/19/2013 | LEWIS, SUE M.D. | PFT046011 | SNYDER, DANIEL ES | ARNOLD, KIMBERLY vs. PFIZER IN | ESQ39720 | 12/30/2013 | $ 433.30 | $0.00 | | $ 433.30 |

TOTAL BALANCE DUE        $ 1,321.50

 **ESQUIRE**

Esquire Corporate Solutions
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:**   45-3463120
Toll Free (888) 486-4044
Fax (856) 437-5009

### Invoice # ESQ58309

| | |
|---|---|
| Invoice Date | 02/08/2014 |
| Terms | NET 30 |
| Payment Due | 03/10/2014 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DANIEL SNYDER ,ESQ.
LAW OFFICES OF DANIEL SNYDER
SUITE 2400
1000 SW BROADWAY
PORTLAND, OR 97205

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/24/2014 | ARNOLD, KIMBERLY vs. PFIZER INC | 73410 | 02/05/2014 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 01/24/2014, ALLEN STARK (LAKE OSWEGO, OR) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 204.05 |
| | $ 204.05 |
| | |
| CSD-SHIPPING | $ 26.96 |
| | $ 26.96 |

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 03/25/2014** | | **$ 231.01** |
| Amount Due After 03/25/2014 | | $ 254.11 |

---

**Tax Number:**   45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

| | |
|---|---|
| Invoice #: | ESQ58309 |
| Payment Due: | 03/10/2014 |

**Amount Due On/Before 03/25/2014**    **$ 231.01**

Amount Due After 03/25/2014    $ 254.11

DANIEL SNYDER ,ESQ.
LAW OFFICES OF DANIEL SNYDER
SUITE 2400
1000 SW BROADWAY
PORTLAND, OR 97205

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

Post Decl.
Ex. 6
Page 13 of 20

199 0000058309 02082014 5 000023101 9 03102014 03252014 6 0000054111 61

Aufdermauer Pearce Court Reporting, Inc.
P.O. Box 8484
Portland, OR 97207-8484

# Invoice

| Invoice No. | Date | Case Number |
|---|---|---|
| 7690 | 2/19/2014 | 10-CV-1025-AC |

| Job Date | Reporter |
|---|---|
| 1/29/2014 | JA |

| Case Name |
|---|
| Arnold vs. Pfizer |

| Terms |
|---|
| Net 30 |

A finance charge of 1-1/2% per month will be added to past due accounts.

Bill To:  Law Offices of Daniel Snyder
Daniel Snyder
1000 SW Broadway, Ste. 2400
Portland, OR 97205

Phone:  503-545-7365
Fax:  503-645-1634

Tax ID No. :  20-4918657

|  | | Amount |
|---|---|---|
| Case Name: Kimberly Arnold vs. Pfizer, Inc. | | |
| Appearance Fee - Marc Alan Cohen, M.D. taken on 1/29/2014 | 4.5 hours | 247.50 |
| Original Transcript - Stephen Haynes | 154 pages | 577.50 |
| Hard Copy of Exhibits - 242 to 253 | 242 to 253 | 17.25 |
| Delivery | 1 | 10.00 |

**We appreciate your business!**

| **Total** | **$852.25** |
|---|---|

Visa, MasterCard, and Discovery Card now accepted

Remit to:
Aufdermauer Pearce Court Reporting, Inc.
P.O. Box 8484
Portland, Oregon 97207-8484

# MERRILL CORPORATION

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17186455 *** | 02/28/2014 | 1707-362370 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/19/2014 | BEOV00 | 3:10-CV-01025- |

| CASE CAPTION |
|---|
| Kimberly Arnold vs. Pfizer, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Cynthia J. Gaddis**
**Law Offices of Daniel Snyder**
**1000 Southwest Broadway**
**Suite 2400**
**Portland, OR 97205**

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Michael D. Freeman, M.D., Ph.D.         58 Pages @      3.50/Page      203.00
            Exhibit Scanning           55.00 Pages @       .20/Page       11.00
            TotalTranscript                                               45.00
            Production and Code Comp                                      50.00
            Process/Delivery NL                                          25.00
                                                                         _____
                              TOTAL   DUE   >>>>                          334.00
```

```
Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central
Standard Time).
```

**TAX ID NO. :**  20-2665382                                      (503) 241-3617

*Please detach bottom portion and return with payment.*

Cynthia J. Gaddis
Law Offices of Daniel Snyder
1000 Southwest Broadway
Suite 2400
Portland, OR 97205

```
Invoice No.:  17186455 ***
Date      :  02/28/2014
TOTAL DUE :     334.00
```

```
Job No.   :  1707-362370
Case No.  :  3:10-CV-01025-AC
Kimberly Arnold vs. Pfizer, Inc.
```

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

Post Decl.
Ex. B
Page 15 of 20

# MERRILL CORPORATION

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17186453 *** | 02/28/2014 | 1707-362369 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/18/2014 | BEOV00 | 3:10-CV-01025- |

| CASE CAPTION |
|---|
| Kimberly Arnold vs. Pfizer, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

**Cynthia J. Gaddis**
**Law Offices of Daniel Snyder**
**1000 Southwest Broadway**
**Suite 2400**
**Portland, OR 97205**

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
     Richard J. Ross, M.C., CVE              55 Pages @      3.50/Page        192.50
          Exhibit Scanning           118.00 Pages @       .20/Page         23.60
          TotalTranscript                                                  45.00
          Production and Code Comp                                         50.00
          Process/Delivery NL                                             25.00
                                                                        _____
                                      TOTAL   DUE   >>>>               336.10
```

Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central
Standard Time).

**TAX ID NO. :**  20-2665382                                      (503) 241-3617

*Please detach bottom portion and return with payment.*

Cynthia J. Gaddis
Law Offices of Daniel Snyder
1000 Southwest Broadway
Suite 2400
Portland, OR 97205

```
Invoice No.: 17186453 ***
Date      : 02/28/2014
TOTAL DUE :      336.10
```

```
Job No.   : 1707-362369
Case No.  : 3:10-CV-01025-AC
Kimberly Arnold vs. Pfizer, Inc.
```

Remit To:      **LegaLink, Inc.**
               **File 70206**
               **Los Angeles, CA 90074-0206**

Post Decl.
Ex. B
Page 16 of 20

# MERRILL CORPORATION

**LegaLink, Inc.**

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17186457 *** | 02/28/2014 | 1707-362464 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/19/2014 | BEOV00 | 3:10-CV-01025- |

| CASE CAPTION |
|---|
| Kimberly Arnold vs. Pfizer, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Cynthia J. Gaddis
Law Offices of Daniel Snyder
1000 Southwest Broadway
Suite 2400
Portland, OR 97205

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
   Richard J. Ross, M.C., CVE, Volume II      83 Pages @      3.50/Page       290.50
          Exhibit Scanning               17.00 Pages @       .20/Page         3.40
          TotalTranscript                                                    45.00
          Production and Code Comp                                           50.00
          Process/Delivery NL                                               25.00
                                                                        _____
                                             TOTAL   DUE   >>>>              413.90


Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central
Standard Time).
```

**TAX ID NO. :**  20-2665382                                      (503) 241-3617

*Please detach bottom portion and return with payment.*

Cynthia J. Gaddis
Law Offices of Daniel Snyder
1000 Southwest Broadway
Suite 2400
Portland, OR 97205

Invoice No.: 17186457 ***
Date      : 02/28/2014
**TOTAL DUE  :    413.90**

Job No.  : 1707-362464
Case No. : 3:10-CV-01025-AC
Kimberly Arnold vs. Pfizer, Inc.

Remit To:    **LegaLink, Inc.**
             **File 70206**
             **Los Angeles, CA 90074-0206**

Post Decl.
Ex. B
Page 17 of 20

Jill L. Erwin
Official Court Reporter
1000 SW Third Ave.
Room 301
Portland, OR 97204



Date    5/28/2014
Invoice #    512

| Bill To |
| --- |
| Daniel Snyder |
| Law Office of Daniel J. Snyder |
| 1000 SW Broadway |
| Suite 2400 |
| Portland, OR 97205 |

| Description | Amount |
| --- | --- |
| Hearing Date:  5/21/14 - Pretrial Hearing<br>Judge:  John V. Acosta<br>Case Name:  Arnold v. Pfizer, Inc.<br>Case No.  3:10-cv-01025-AC<br>Expedited Format:  .pdf | 72.00 |

Please make checks payable to Jill L. Erwin.  Thank you!

*Jill L. Erwin*
jillofficialcourtreporter@gmail.com                    (503)326-8191

Balance Due                    $72.00

**MERRILL CORPORATION**

LegaLink, Inc.

20750 Ventura Boulevard
Suite 205
Woodland Hills, CA 91364
Phone: 818.593.2300
Fax: 818.593.2301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 17189945 | 05/21/2014 | 1707-366163 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/12/2014 | BEOV00 | 3:10-CV-10-102 |

| CASE CAPTION |
|---|
| Kimberly Arnold vs. Pfizer, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Daniel Snyder
Law Offices of Daniel Snyder
1000 Southwest Broadway
Suite 2400
Portland, OR 97205

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Lonnie Lucherini               111 Pages @     3.50/Page       388.50
             TotalTranscript                                        45.00
             Production and Code Comp                               50.00
             Process/Delivery NL                                    25.00
                                                               _____
                                   TOTAL   DUE   >>>>               508.50
```

Your business is appreciated, thank you.
For your convenience we accept Visa, Mastercard and American Express.
Credit Card hotline 1-866-550-1934 (Monday-Thursday 6am-6pm, Friday-6am-4pm Central
Standard Time).

TAX ID NO. : 20-2665382                                    (503) 241-3617

*Please detach bottom portion and return with payment.*

Daniel Snyder
Law Offices of Daniel Snyder
1000 Southwest Broadway
Suite 2400
Portland, OR 97205

```
Invoice No.:  17189945
Date       :  05/21/2014
TOTAL DUE  :     508.50


Job No.   :  1707-366163
Case No.  :  3:10-CV-10-1025-AC
Kimberly Arnold vs. Pfizer, Inc.
```

Remit To:    LegaLink, Inc.
             File 70206
             Los Angeles, CA 90074-0206

Post Decl.
Ex. B
Page 19 of 20

Jill L. Erwin
Official Court Reporter
1000 SW Third Ave.
Room 301
Portland, OR 97204



Date   7/25/2014

Invoice #   531

| Bill To |
| --- |
| Daniel Snyder |
| Law Office of Daniel J. Snyder |
| 1000 SW Broadway |
| Suite 2400 |
| Portland, OR 97205 |

| Description | Amount |
| --- | --- |
| Hearing Date:  June 3 - June 13, 2014<br>Judge:  John V. Acosta<br>Case Name:  Arnold v. Pfizer<br>Case No.:  3:10-cv-1025-AC<br>Copy Format:  .pdf | 1,967.40 |

Please make checks payable to Jill L. Erwin.  Thank you!

*Jill L. Erwin*
jillofficialcourtreporter@gmail.com              (503)326-8191

Balance Due          $1,967.40

Post Decl.
Ex. B
Page 20 of 20

RUSH PROCESS SERVICE, INC.                    **STATEMENT**                    9/23/2010
2014 N.E. Sandy Blvd., Suite 204
Portland, OR 97232
Phone: (503) 232-3667
Fax: (503) 232-4309
Tax No.:  20-4125594



Daniel Snyder
Law Office of Daniel Snyder
1000 S W. Broadway
Suite 2400                                              Phone:  (503) 241-3617
Portland, OR 97205                                        Fax:  (503) 241-2249

Statement covers Unpaid Invoices through 9/23/2010.

| Invoice | Inv. Date | Person Served | Amount | Status |
|---------|-----------|---------------|--------|--------|
| 2010013971 | 9/22/2010 | Pfizer, Inc. | 60.00 | Current |
| Kimberley Arnold, | | | | |
| Pfizer, Inc., | | | | |
| Case: CV101025AC | Ref: 4317 | | | |

TOTAL AMOUNT DUE:                                              **$60.00**

Current: $60.00    Past 30: $0.00    Past 60: $0.00    Past 90: $0.00    Past 120: $0.00

**BARRISTER SUPPORT SERVICE, INC.**
11349 SW 60th Ave.
Portland, OR 97219-6754
Phone: (503) 246-8934
Fax: (503) 246-0098
Tax Id # 93-1248219

# <u>INVOICE</u>

Invoice #TSB-2014002766
5/9/2014



Daniel Snyder
DANIEL SNYDER
1000 S.W. Broadway, Ste. 2400
Portland, OR 97205

Reference Number: Arnold, Kimberly
Your Contact: Russ Kleve
**Case Number:  3:10-CV-01025-AC**

Plaintiff:
**KIMBERLY ARNOLD**

Defendant:
**PFIZER, INC.**

Received: 4/25/2014   Served: 5/2/2014 7:18 pm  PERSONAL SERVICE
To be served on: OLGA BUCHANAN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 60.00 | 60.00 |
| Forwarding Documents | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $85.00 |

| **BALANCE DUE:** | | | **$85.00** |
|---|---|---|---|

**Comments pertaining to this Invoice:**
04/25/2014  4:00 pm    RETURN PROOF OF SERVICE TO CLIENT

Did you know that you can check status of your work at BarristerSupport.Com? Click on status
Payment due upon receipt.  Please reference the above invoice # above on your payment. You may pay on our website
through the Pay Now Button but you must add 5% of the invoice to the payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Post Decl.
Ex. C
Page 2 of 6

**BARRISTER SUPPORT SERVICE, INC.**
11349 SW 60th Ave.
Portland, OR 97219-6754
Phone: (503) 246-8934
Fax: (503) 246-0098
Tax Id # 93-1248219

## INVOICE

Invoice #TSB-2014003070
5/8/2014



Daniel Snyder
DANIEL SNYDER
1000 S.W. Broadway, Ste. 2400
Portland, OR 97205

Reference Number: Arnold, Kimberly
Your Contact: Russ Kleve
**Case Number:  3:10-CV-01025-AC**

Plaintiff:
**KIMBERLY ARNOLD**

Defendant:
**PFIZER, INC.**

Received: 5/8/2014    Served: 5/8/2014 9:05 am  PERSONAL SERVICE
To be served on: MARK RYAN JOHNSON

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 50.00 | 50.00 |
| Rush Fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $90.00 |

**BALANCE DUE:** $90.00

Did you know that you can check status of your work at BarristerSupport.Com? Click on status
Payment due upon receipt.  Please reference the above invoice # above on your payment. You may pay on our website
through the Pay Now Button but you must add 5% of the invoice to the payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Post Decl.
Ex. C
Page 3 of 6

**BARRISTER SUPPORT SERVICE, INC.**
11349 SW 60th Ave.
Portland, OR 97219-6754
Phone: (503) 246-8934
Fax: (503) 246-0098
Tax Id # 93-1248219

## INVOICE

Invoice #TSB-2014003092
5/9/2014



Daniel Snyder
DANIEL SNYDER
1000 S.W. Broadway, Ste. 2400
Portland, OR 97205

Reference Number: Arnold, Kimberly
Your Contact: Russ Kleve
**Case Number:  3:10-CV-01025-AC**

Plaintiff:
**KIMBERLY ARNOLD**

Defendant:
**PFIZER, INC.**

Received: 5/8/2014    Served: 5/8/2014 7:30 pm  PERSONAL SERVICE
To be served on: ANDREW A CHIU, M.D.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 55.00 | 55.00 |
| Rush Fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $95.00 |

**BALANCE DUE:**                                                                                    **$95.00**

**Comments pertaining to this Invoice:**
05/08/2014  4:57 pm     RETURN PROOF OF SERVICE TO CLIENT

Did you know that you can check status of your work at BarristerSupport.Com? Click on status
Payment due upon receipt.  Please reference the above invoice # above on your payment. You may pay on our website
through the Pay Now Button but you must add 5% of the invoice to the payment.

Post Decl.
Ex. C
Page 4 of 6

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

**BARRISTER SUPPORT SERVICE, INC.**
**11349 SW 60th Ave.**
**Portland, OR 97219-6754**
**Phone: (503) 246-8934**
**Fax: (503) 246-0098**
**Tax Id # 93-1248219**

# INVOICE

**Invoice #TSB-2014003327**
**5/28/2014**



Daniel Snyder
DANIEL SNYDER
1000 S.W. Broadway, Ste. 2400
Portland, OR 97205

Reference Number: Arnold, Kimberly
Your Contact: Eric Doyle
**Case Number:  3:10-CV-01025-AC**

Plaintiff:
**KIMBERLY ARNOLD**

Defendant:
**PFIZER, INC.**

Received: 5/20/2014   Served: 5/26/2014 12:04 pm  PERSONAL SERVICE
To be served on: NOOSHIN RAHIMI

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee: 13360 SW HIALEAH DRIVE, BEAVERTON, OR | 1.00 | 50.00 | 50.00 |
| 2nd Address: 7995 SW 186TH AVE, BEAVERTON, OR 97007 | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $100.00 |

**BALANCE DUE:**                                                                            **$100.00**

**Comments pertaining to this Invoice:**
05/20/2014  9:16 am    RETURN PROOF OF SERVICE TO CLIENT
05/21/2014  9:35 am    1st bad address: NOOSHIN RAHIMI, 13360 SW HIALEAH DR., BEAVERTON,
                                   OR 97008

Did you know that you can check status of your work at BarristerSupport.Com? Click on status
Payment due upon receipt.  Please reference the above invoice # above on your payment. You may pay on our website
through the Pay Now Button but you must add 5% of the invoice to the payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Post Decl.
Ex. C
Page 5 of 6

**BARRISTER SUPPORT SERVICE, INC.**
**11349 SW 60th Ave.**
**Portland, OR 97219-6754**
**Phone: (503) 246-8934**
**Fax: (503) 246-0098**
**Tax Id # 93-1248219**

# INVOICE

**Invoice #TSB-2014003593**
**6/3/2014**



Daniel Snyder
DANIEL SNYDER
1000 S.W. Broadway, Ste. 2400
Portland, OR 97205

Reference Number: Arnold, Kimberly
Your Contact: Eric Doyle
**Case Number:  3:10-CV-01025-AC**

Plaintiff:
**KIMBERLY ARNOLD**

Defendant:
**PFIZER, INC.**

Received: 5/30/2014    Served: 6/2/2014 2:04 pm   PERSONAL SERVICE
To be served on: RONALD N. TURCO M.D.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|---------:|------:|-------:|
| Service Fee | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |

**BALANCE DUE:** $45.00

**Comments pertaining to this Invoice:**
05/30/2014  9:51 am     RETURN PROOF OF SERVICE TO CLIENT

Did you know that you can check status of your work at BarristerSupport.Com? Click on status
Payment due upon receipt.  Please reference the above invoice # above on your payment. You may pay on our website
through the Pay Now Button but you must add 5% of the invoice to the payment.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox v8.5n

Post Decl.
Ex. C
Page 6 of 6