**Daniel Snyder, OSB No. 783856**
dansnyder@lawofficeofdanielsnyder.com
**Carl Post, OSB No. 061058**
carlpost@lawofficeofdanielsnyder.com
**John Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

　　　Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **KIMBERLY ARNOLD,**<br><br>　　　Plaintiff,<br><br>　v.<br><br>**PFIZER INC.,**<br><br>　　　Defendant. | Case No. 3:10-CV-1025-AC<br><br>**PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS**<br><br>**ORAL ARGUMENT REQUESTED** |

## CERTIFICATE REQUIRED BY LR 7-1(A)

The undersigned certifies that the parties made a good faith effort to confer by telephone to resolve the dispute and have been unable to do so. Defendant objects to the amount of attorney fees and costs requested by Plaintiff and intends to file objections with the court.

Page 1 – PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

**MOTION**

Pursuant to 42 U.S.C. §12205, 42 U.S.C. §12117, 42 U.S.C. § 2000e-5, 42 U.S.C. § 1988, ORS 20.107, ORS 659A.885, Fed. R. Civ. Pro. 54, and LR 54, Plaintiff moves the Court for an award of attorneys' fees, expert witness fees, and other costs and expenses. Plaintiff requests that the court award attorney fees, costs, and expenses as follows:

| | |
|---|---:|
| Dan Snyder attorney fees | $361,000.00 |
| Erin McCool attorney fees | $42,658.00 |
| Cindy Gaddis attorney fees | $46,897.50 |
| Carl Post attorney fees | $22,148.50 |
| Hart Wagner fees | $9,885.00 |
| Total fees | $482,589.00 |
| Hart Wagner expenses | $383.49 |
| Plaintiff's Expenses | $52,625.02 |
| Total expenses | $53,008.51 |
| **Total** | **$535,597.51** |

This motion is supported by Plaintiff's Memorandum in Support of Attorney Fees and Costs; the Declarations of Daniel Snyder, Cindy Gaddis, Erin McCool, and Carl Post in Support of Attorney Fees and Costs; and Plaintiff's Bill of Costs and corresponding exhibits.

Dated: April 1, 2015

**Law Offices of Daniel Snyder**

*/s/ Carl Post*
Daniel Snyder, OSB No. 783856
dansnyder@lawofficeofdanielsnyder.com
Carl Post, OSB No. 06105
carlpost@lawofficeofdanielsnyder.com
John Burgess, OSB No. 106498
johnburgess@lawofficeofdanielsnyder.com
Telephone: (503) 241-3617
Facsimile: (503) 241-2249
Of Attorneys for Plaintiff

Page 2 – PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS

LAW OFFICES of DANIEL SNYDER
1000 S.W. Broadway
Suite 2400
Portland, Oregon 97205
(503) 241-3617  Fax (503) 241-2249