IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIMBERLY ARNOLD                                    Case No. 3:10-cv-01025-AC

                Plaintiff,                              AMENDED JUDGMENT

   v.

PFIZER, INC.,

             Defendant.

ACOSTA, Judge

     This action was tried by a jury commencing on June 3, 2014 with the Honorable John V.

Acosta, Magistrate Judge, presiding.  On June 13, 2014, the jury rendered a verdict (Dkt. No. 265)

in favor of Plaintiff Kimberly Arnold and against Defendant Pfizer, Inc., on Arnold's claims for

discrimination, failure to provide reasonable accommodation, and retaliation under the federal

Americans with Disabilities Act, and the Oregon Rehabilitation Act.[1]  The jury awarded Arnold

$2,700,600 in economic damages but reduced that amount by $2,025,495, resulting in a net

---

[1]The Judgment (Dkt. No. 319) entered March 18, 2015, contained a typographical error. This Amended Judgment corrects that error only and does not change the substance of the prior Judgment.

economic damages award to Arnold of $675,165, and awarded Arnold $500,000 in non-economic damages, for a total award to Arnold of $1,175,165 in damages.

Previously, the court granted Pfizer's Motion (Dkt. No. 68) for Summary Judgment against Arnold's claims, stated in Arnold's Second Amended Complaint (Dkt. No. 46) for Oregon Rehabilitation Act retaliation, workers' compensation retaliation, and wrongful termination claims. (September 9, 2013, Opinion and Order, Dkt. No. 133.)  At trial, the court granted Pfizer's oral motion for judgment as a matter of law against Arnold's claims under the federal and Oregon family medical leave acts, and for punitive damages. (June 12, 2014, Minute Order, Dkt. No. 261.)

On July 25, 2014, Pfizer filed its Motion (Dkt. No. 271) for New Trial and its Renewed Motion (Dkt. No. 272) for Judgment As A Matter of Law. On January 21, 2015, the court denied both motions. (January 21, 2015, Opinion and Order, Dkt. No. 303.)

On February 5, 2015, Arnold filed a Motion (Dkt. No. 307) for Judgment. On March 18, 2015, the court entered its Opinion and Order (Dkt. No. 318) on Arnold's motion. This Judgment is entered consistent with the court's rulings in that Opinion and Order.

Accordingly, final **JUDGMENT** in this case is **ENTERED** as follows:

1. For Defendant Pfizer, Inc., and against Plaintiff Kimberly Arnold on Arnold's claims for Oregon Rehabilitation Act retaliation, workers' compensation retaliation, violation of the Family Medical Leave Act, violation of the Oregon Family Medical Leave Act, wrongful termination, and punitive damages;

2. For Plaintiff Kimberly Arnold and against Defendant Pfizer, Inc., on Arnold's claims for discrimination, failure to provide reasonable accommodation, and retaliation under the federal Americans with Disabilities Act and the Oregon Rehabilitation Act;

2 - AMENDED JUDGMENT

3. For economic damages to Arnold of $675,165.00;

4. For non-economic damages to Arnold of $500,000;

5. For prejudgment interest on Arnold's net award of economic damages at the federal rate set forth in 28 U.S.C. § 1961, calculated beginning August 1, 2009, to and through January 31, 2014;

6. For prejudgment interest on Arnold's award of non-economic damages at the federal rate set forth in 28 U.S.C. § 1961, calculated beginning June 13, 2014, to and through the date this Judgment is entered;

7. For post-judgment interest on Arnold's total damages award of $1,175,165.00, at the federal rate set forth in 28 U.S.C. § 1961, calculated from the date this Judgment is entered until payment is made;

8. For costs and disbursements to be determined by the court; and

9. For attorney fees to be determined by the court.

DATED this _8th_ day of JULY, 2015.

John V. Acosta
United States Magistrate Judge

3 - AMENDED JUDGMENT