Daniel Snyder, OSB No. 78385
dansynder@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **KIMBERLY ARNOLD,**<br><br>            Plaintiff,<br><br>   vs.<br><br>**PFIZER INC.,**<br><br>            Defendant. | Case No.: 3:10-CV-01025-AC<br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on the 29th day of July, 2015 in favor of Plaintiff Kimberly Arnold and against Defendant Pfizer Inc. in the amount of $428,469.00, and costs in the amount of $28,157.33, and said judgment and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: 11/30/2015          LAW OFFICES OF DANIEL SNYDER

                                        By: _____
                                              Daniel Snyder

SATISFACTION OF JUDGMENT

STATE OF OREGON              )
COUNTY OF Multnomah )

I HEREBY CERTIFY that on this day, before me, an officer authorized in the County and State aforesaid to take acknowledgments, personally appeared Dan Snyder, to me well known to be the person described in and who executed the foregoing Satisfaction of Judgment, and acknowledged before that s/he executed same.

WITNESS my hand and officer seal in the County and State aforesaid, on this 30 day of November, 2015.



_Mikaela Brown_
Notary Public, State of Oregon

My Commission Expires: May 10, 2019

SATISFACTION OF JUDGMENT